IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:12cv00320 |
| | ) | |
| Plaintiff, | ) | VERIFIED CLAIM |
| | ) | |
| vs. | ) | |
| | ) | |
| $45,000.00 IN UNITED STATES CURRENCY AND 2001 ITASCA SUNCRUISER MOBILE HOME, VIN 5B4LP57G013332941, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Hugo L. Soto, Claimant herein, by and through his attorney, Matt Catlett, and hereby claims ownership of $40,000.00 in United States currency and a 2001 Itasca Suncruiser Mobile Home, VIN 5B4LP57G013332941, each of which was seized from him on February 29, 2012 in Lancaster County, Nebraska, and demands the return to him of same. In support hereof, Claimant states as follows:

1. Claimant's name is Hugo L. Soto; his address is 5106 West Wrightwood, Chicago, Illinois 60639.

2. On February 29, 2012, Claimant's property was seized by law enforcement on westbound Interstate 80, Lancaster County, Nebraska, which property consists of $40,000.00 in United States currency and a 2001 Itasca Suncruiser mobile home, VIN 5B4LP57G013332941.

3. The United States Department of Justice's Drug Enforcement Administration seized Claimant's property on April 19, 2012 in Lincoln, Nebraska.

4. Claimant is the legal owner of $40,000.00 in United States currency, and a 2001 Itasca Suncruiser mobile home, VIN 5B4LP57G013332941, each of which are the subject of Plaintiff's Complaint for Forfeiture.

5. Claimant's property was acquired by lawful means; the $40,000.00 in United States currency was derived from the legitimate earning of wages, disability, or income; the 2001 Itasca Suncruiser mobile home, VIN 5B4LP57G013332941, was purchased by Claimant lawfully.

6. Claimant has not been convicted of or charged with any crime relating to his acquisition or ownership of the property which are the subject of Plaintiff's Complaint for Forfeiture.

WHEREFORE, Claimant prays for the return of his $40,000.00 in United States currency, and his 2001 Itasca Suncruiser mobile home, VIN 5B4LP57G013332941.

HUGO L. SOTO, Claimant

BY: s/ Matt Catlett
Matt Catlett, #21699
LAW OFFICE OF MATT CATLETT
301 S. 13th Street, Suite 101
Lincoln, Nebraska 68508
Tel.: 402-435-0303
Fax: 877-561-6399
E-mail: matt@catlettlaw.com
Attorney for Claimant

STATE OF ILLINOIS }
                  } ss.
COUNTY OF COOK    }

I, Hugo L. Soto, Claimant herein, being first duly sworn upon oath, deposes and declares under penalty of perjury that I have read the foregoing Verified Claim and the information contained therein is true and correct to best of my information and belief.

x /s/ Hugo L. Soto
Hugo L. Soto

SUBSCRIBED and sworn to before me, a Notary Public, by Hugo L. Soto, on this 24th day of SEP, 2012.

Notary Public

OFFICIAL SEAL
ROBERT BONNER
Notary Public - State of Illinois
My Commission Expires May 6, 2015

CERTIFICATE OF SERVICE

I hereby certify that on the 27 day of September, 2012, I electronically filed the foregoing Verified Claim with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to Nancy A. Svoboda, Assistant United States Attorney.

s/ Matt Catlett
Matt Catlett, #21699
LAW OFFICE OF MATT CATLETT
301 S. 13th Street, Suite 101
Lincoln, Nebraska 68508
Tel.: 402-435-0303
Fax: 877-561-6399
E-mail: matt@catlettlaw.com
Attorney for Claimant