IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>$45,000.00 IN UNITED STATES CURRENCY AND 2001 ITASCA SUNCRUISER MOBILE HOME, VIN5B4LP57G013332941,<br><br>　　　　　Defendant. | 8:12-CV-320<br><br>ORDER TO SHOW CAUSE |

　　　This matter is before the Court on its own motion. The parties previously advised the Court that they have settled this case. In response, on April 18, 2014, the Court entered an order directing the parties to file a joint stipulation for dismissal, or other dispositive stipulation, on or before May 19, 2014. The parties were warned that failure to comply with the order could result in dismissal of the case (including counterclaims and the like). Filing 48. On May 23, 2014, in response to the parties' joint oral motion for an extension, the Court extended the deadlines for its previous order to June 25, 2014. Filing 51. That deadline has now passed without a response from the parties.

　　　THEREFORE, IT IS ORDERED:

　　　1.　The parties are ordered to show cause why this case (including counterclaims and the like) should not be dismissed. Any response must be received on or before July 18, 2014.

　　　2.　Absent compliance with this order, this case will be dismissed without further notice.

　　　3.　The Clerk of the Court shall set a dismissal papers deadline of July 18, 2014.

- 2 -

Dated this 2nd day of July, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge