IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>$45,000.00 IN UNITED STATES CURRENCY AND 2001 ITASCA SUNCRUISER MOBILE HOME, VIN 5B4LP57G013332941,<br><br>          Defendants. | 8:12CV320<br><br>**STIPULATION FOR DISMISSAL** |

COME NOW the Plaintiff, United States of America, the Defendant property, and the Claimant, Hugo Soto, all by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action, with prejudice.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

DATED: July 11, 2014     By:    *s/Nancy A. Svoboda*
_____
NANCY A. SVOBODA (# 17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700
nancy.svoboda@usdoj.gov

$45,000.00 IN UNITED STATES CURRENCY and 2001 ITASCA SUNCRUISER MOBILE HOME, VIN 5B4LP57G013332941, Defendant, and HUGO SOTO, Claimant

*s/Matt Catlett*

DATED: July 11, 2014     By: _____
MATT CATLETT (# 21699)
Attorney at Law
701 P Street, Suite 207
Lincoln, Nebraska 68508
Tel.: 402-435-0303
Fax.: 877-561-6399
e-mail: matt@catlettlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on July 11, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/Nancy A. Svoboda*
_____
NANCY A. SVOBODA
Assistant United States Attorney

2