IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$45,000.00 IN UNITED STATES CURRENCY AND 2001 ITASCA SUNCRUISER MOBILE HOME, VIN5B4LP57G013332941,<br><br>    Defendant. | 8:12-CV-320<br><br>JUDGMENT |

Pursuant to the parties' stipulation (filing 55), this case is dismissed with prejudice.

DATED this 14th day of July, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge